CHAMBERS OF

BRIAN M. COGAN

JUDGE

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

June 23, 2010

RECEIVED
2010 JUN 28 A 9: 35
DISCLOSURE OFFICE

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2009 Filing

Dear Judge Baldock:

This is in response to your letter of June 16, 2010, in which you request additional information relating to my 2009 annual disclosure report filed under the Ethics in Government Act. I address the points you raise as follows:

1. The Blackrock Provident Instl FDS Temp fund was purchased in 2009. Accordingly, line 184 on the 2009 report should have listed it as a "buy" in Column D(1), "10/01/09" in Column D(2), and "K" in Column D(3).

2. The common stock of Verizon Communications Inc. was sold in 2007. Accordingly, the 2008 report should have listed it on line 268 in Column A with a parenthetical "Y" next to the name.

Please deem this an amendment to my reports. I understand it is releasable to the public. I am enclosing three copies of this letter.

Thank you for your attention to this.

Sincerely,

Cogan, Brian M.

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogan, Brian M. | U.S. District Court, ED of NY | 05/15/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | Nomination, Date ☐ <br> Initial ☐  Annual ☑  Final ☐ <br> 5b. ☐ Amended Report | 01/01/2009 <br> to <br> 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Courthouse <br> 225 Cadman Plaza East <br> Brooklyn, NY 11201 | Reviewing Officer_____ Date ____ _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE OFFICE 2010 MAY 11 A 11:30 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Stroock & Stroock & Lavan LLP, Attorney |
| 2. | 2009 | Lovells LLP, Attoney |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | August 11-12, 2009 | Fort Worth, Texas | Death Penalty Workshop | Transportation, meals, hotel |
| 2. | Federal Bar council | February 14-21, 2009 | Los Cabos, Mexico | Winter Bar & Bench Conference includes CLE Programs | Hotel, round-trip charter, meals and functions |
| 3. | Cornell Law School | April 4-5, 2009 | Ithaca, New York | Moot Court Tournament | Transportation, hotel and food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Visa | Credit Card | J |
| 2. Amex Platinum | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JPMorgan Chase Bank account | A | Interest | M | T | | | | | |
| 2. Stroock & Stroock & Lavan LLP, Loan Receivable | C | Interest | | | Closed | 5/26/09 | J | | |
| 3. Housing Programs Limited, Partners, partnership | A | Int./Div. | J | U | | | | | |
| 4. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 5. Brokerage Account #8 | | | | | | | | | |
| 6. - JP Morgan TR I NY Muni Money MKT Fund | A | Dividend | M | T | | | | | |
| 7. - Franklin Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 8. Brokerage Account #9 | | | | | | | | | |
| 9. - JP Morgan TR I Prime Money Market | | None | | | Closed | 1/1/09 | J | | |
| 10. Brokerage Account #10 | | | | | | | | | |
| 11. - JPMorgan TR I Prime Money Mkt FD | A | Dividend | J | T | Open | 10/1/09 | J | | |
| 12. - Reserve Fund Primary Fund Treasury Class | A | Dividend | J | T | | | | | |
| 13. - Barclays BK PLC IPATH INX LKD | | None | | | Buy | 1/7/09 | I | | |
| 14. | | | | | Sold | 1/23/09 | J | | |
| 15. - Causeway International Value Fund | A | Dividend | J | T | Sold (part) | 1/7/09 | J | | |
| 16. - Touchstone Sands Capital Select Growth Fund CL Z | | None | | | Sold | 1/7/09 | J | | |
| 17. - Cullen High Dividend Equity Fund | A | Dividend | J | T | Buy | 1/7/09 | J | | |

1. Income Gain Codes:    A - $1,000 or less    B - $1,001 - $2,500    C - $2,501 - $5,000    D - $5,001 - $15,000    E - $15,001 - $50,000
   (See Columns B1 and D4)    F - $50,001 - $100,000    G - $100,001 - $1,000,000    H1 - $1,000,001 - $5,000,000    H2 - More than $5,000,000
2. Value Codes    J - $15,000 or less    K - $15,001 - $50,000    L - $50,001 - $100,000    M - $100,001 - $250,000
   (See Columns C1 and D3)    N - $250,001 - $500,000    O - $500,001 - $1,000,000    P1 - $1,000,001 - $5,000,000    P2 - $5,000,001 - $25,000,000
   P3 - $25,000,001 - $50,000,000    P4 - More than $50,000,000
3. Value Method Codes    Q - Appraisal    R - Cost (Real Estate Only)    S - Assessment    T - Cash Market
   (See Column C2)    U - Book Value    V - Other    W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Davis New York Venture Fund Inc. Cl A | A | Dividend | J | T | | | | | |
| 19. - Harbor Small Cap Value Fund | A | Dividend | J | T | Buy | 01/07/09 | J | | |
| 20. - Ishares Tr Barclays 1-3 Yr Treas.(ETFS) | A | Dividend | J | T | Sold (part) | 12/16/09 | J | A | |
| 21. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | Buy | 01/07/09 | J | | |
| 22. - Ishares Trust Russell Midcap Index Fund (ETFS) | A | Dividend | J | T | Buy | 01/07/09 | J | | |
| 23. - Ishares Russell 2000 Growth Index Fund (ETFS) | A | Dividend | J | T | Buy | 01/07/09 | J | | |
| 24. - Ishares Trust Barclays US Aggr Bond Fund | A | Dividend | J | T | Buy | 01/07/09 | J | | |
| 25. - Janus Adviser Ser Forty Fund | | None | J | T | Buy | 01/07/09 | J | | |
| 26. - PIMCO High Yield Fund Cl A | A | Dividend | K | T | Buy | 01/07/09 | J | | |
| 27. - Thornburg Intl Value Fund | A | Dividend | J | T | Buy | 01/07/09 | J | | |
| 28. - SPDR Dow Jones REIT (formerl SPDR Ser Tr DJ Wilshire) | A | Dividend | J | T | | | | | |
| 29. - Powershares DB Commodity Index | | None | J | T | Buy | 01/26/09 | J | | |
| 30. Brokerage Account #14 | | | | | | | | | |
| 31. - JP Morgan TR I NY Muni Money MKT Fund | | None | J | T | | | | | |
| 32. Brokerage Account #15 | | | | | | | | | |
| 33. - JP Morgan TR I NY Muni Money MKT Fund | | None | | | Closed | 01/01/09 | J | | |
| 34. Brokerage Account #16 | | | | | | | | | |

1. Income Gain Codes          A - $1,000 or less          B - $1,001 - $2,500          C - $2,501 - $5,000          D - $5,001 - $15,000          E - $15,001 - $50,000
   (See Columns B1 and D4)    F - $50,001 - $100,000      G - $100,001 - $1,000,000    H1 - $1,000,001 - $5,000,000   H2 - More than $5,000,000
2. Value Codes                J - $15,000 or less         K - $15,001 - $50,000        L - $50,001 - $100,000         M - $100,001 - $250,000
   (See Columns C1 and D3)     N - $250,001 - $500,000     O - $500,001 - $1,000,000    P1 - $1,000,001 - $5,000,000   P2 - $5,000,001 - $25,000,000
                              P3 - $25,000,001 - $50,000,000                            P4 - More than $50,000,000
3. Value Method Codes          Q - Appraisal              R - Cost (Real Estate Only)  S - Assessment                 T - Cash Market
   (See Column C2)             U - Book Value             V - Other                    W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm dd yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -AllianceBernstein Intl Value Fund CL A | | None | J | T | Sold (part) | 3/24/09 | J | | |
| 36. - Alpine International Real Estate Equity Fund | A | Dividend | J | T | | | | | |
| 37. - Alger Smidcap Growth Fund Cl A | | None | J | T | Buy | 12/24/09 | J | | |
| 38. - Aston Funds Montag & Caldwell Growth Fd | A | Dividend | K | T | Buy | 12/24/09 | K | | |
| 39. - Baron Asset Fd I Opportunity Fund | | None | K | T | | | | | |
| 40. - Blackrock New York Muni Fund Cl A | A | Interest | L | T | | | | | |
| 41. - Columbia FDS SER TR Small Cap Value II FD | A | Dividend | J | I | | | | | |
| 42. - Columbia Select Small Cap | | None | | | Sold | 12/24/09 | J | | |
| 43. -Causeway International Value Fund Investor Class | A | Dividend | K | T | | | | | |
| 44. - Cullen High Dividend Equity Fund | A | Dividend | K | T | | | | | |
| 45. Davis New York Venture Fund Inc.-CL A | A | Dividend | | | Sold | 12/24/09 | K | | |
| 46. - Evergreen Equity TR | | None | K | T | Buy | 12/24/09 | K | | |
| 47. -Harding Loevner Funds Inc. Emerging Markets Portfolio | A | Dividend | | | Sold | 12/24/09 | K | | |
| 48. -Ishares Trust MSCI EAFE Index Fund | A | Dividend | | | Sold | 12/24/09 | K | | |
| 49. -Ishares TR Russel MidCap Value Index FD | A | Dividend | | | Sold | 12/24/09 | K | | |
| 50. -Ishares Trust Russel 1000 Value Index FD | A | Dividend | | | Sold | 12/24/09 | J | | |
| 51. -Ishares Trust Russel 1000 Growth Index FD | A | Dividend | | | Sold | 12/24/09 | K | | |

1. Income Gain Codes       A - $1,000 or less         B - $1,001 - $2,500       C - $2,501 - $5,000         D - $5,001 - $15,000        E - $15,001 - $50,000
   (See Columns B1 and D4)   F - $50,001 - $100,000     G - $100,001 - $1,000,000   H1 - $1,000,001 - $5,000,000   H2 - More than $5,000,000
2. Value Codes            J - $15,000 or less        K - $15,001 - $50,000      L - $50,001 - $100,000       M - $100,001 - $250,000
   (See Columns C1 and D3)   N - $250,001 - $500,000    O - $500,001 - $1,000,000   P1 - $1,000,001 - $5,000,000   P2 - $5,000,001 - $25,000,000
                            P3 - $25,000,001 - $50,000,000                        P4 - More than $50,000,000
3. Value Method Codes      Q - Appraisal              R - Cost (Real Estate Only)   S - Assessment               T - Cash Market
   (See Column C2)          U - Book Value             V - Other                     W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ishares Trust Russel 2000 Value Index Fund | A | Dividend | | | Sold | 12/24/09 | J | | |
| 53. -Ishares Trust Russel 2000 Index FD | A | Dividend | | | Sold | 12/24/09 | J | | |
| 54. - ING Mutual Fund Global Real Estate Fund CL A | A | Dividend | | | Sold | 12/24/09 | J | | |
| 55. -Janus Invt FD Forty Fd CL S | | None | K | T | Buy | 12/24/09 | J | | see note in Part VIII |
| 56. - Jennison Mid Cap Growth Fd Inc CL A | A | Dividend | K | T | Buy | 12/24/09 | J | | |
| 57. - JP Morgan Clearing Corp | | None | | | Closed | 09/30/09 | J | | |
| 58. - Keeley Small Cap Value FD CL A | | None | | | Sold | 12/24/09 | J | | |
| 59. -JPMorgan TR I Intl Equity FD CL A | A | Dividend | K | T | | | | | |
| 60. -JPMorgan TR I Strategic Incm | A | Dividend | L | T | Buy | 12/24/09 | L | | |
| 61. - JPMorgan TR I Tax Free Money Mkt Fd | A | Dividend | K | T | Open | 10/01/09 | K | | |
| 62. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 63. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | None | | | Sold | 12/24/09 | K | | |
| 64. - Legg Mason Western Asset Managed Mun Fund | A | Dividend | L | T | Buy | 3/24/09 | J | | see note in Part VIII |
| 65. | | | | | Buy (add'l) | 12/24/09 | K | | |
| 66. -Manning and Napier Fund World Opportunities | | None | J | T | Buy | 12/24/09 | J | | |
| 67. -Matthews Pacific Tiger Fund | | None | K | T | Buy | 12/24/09 | K | | |
| 68. - Oppenheimer Value FD CL A | A | Dividend | K | T | Buy | 12/24/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   F = $15,001 - $50,000
F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Oppenheimer International Growth Fund-CL A | A | Dividend | K | T | | | | | |
| 70. - Payden Invt Group High Income Fd | A | Dividend | K | T | Buy | 12/24/09 | K | | |
| 71. - Perkins Mid Cap Value | | None | K | T | Buy | 12/24/09 | K | | |
| 72. - Royce Fund Value Plus Fund Services | | None | | | Sold | 12/24/09 | J | | |
| 73. - Rydex SGI Mid Cap Value Fund | | None | J | T | Buy | 12/24/09 | J | | |
| 74. -Thornburg Intl Value Fund CL A | A | Dividend | K | T | | | | | |
| 75. - Thornburg INVT TR Core Growth Fund | | None | | | Sold | 12/24/09 | K | | |
| 76. - Wells Fargo Advtg Intermdt tax/amt-free Fund | A | Dividend | L | T | Buy | 3/24/09 | J | | |
| 77. | | | | | Buy (add'l) | 12/24/09 | K | | |
| 78. -Wasatch Advisors Funds Inc Small Cap | | None | J | T | Buy | 12/24/09 | J | | |
| 79. Brokerage Statement #17 | | | | | | | | | |
| 80. JPMorgan TR I Tax Free Money Mkt Fund | A | Dividend | K | T | Open | 10/1/09 | K | | |
| 81. - Alpine International Real Estate Equity Fund-CL | A | Dividend | J | T | | | | | |
| 82. -Alger Smidcap Growth Fund CL A | | None | J | T | Buy | 12/24/09 | J | | |
| 83. -AllianceBernstein Intl Value Fund CL A | | None | | | Sold | 3/20/09 | J | | |
| 84. -Aston Funds Montag & Caldwell Growth Fd | | None | K | T | Buy | 12/24/09 | K | | |
| 85. - Blackrock New York Muni Fund CL A | B | Interest | L | T | | | | | |

1. Income Gain Codes:   A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
(See Columns B1 and D4)   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
(See Columns C1 and D3)   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15 2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Baron Asset Fd I Opportunity fd | | None | K | T | Buy | 12/24/09 | K | | |
| 87. - Columbia FDS SER TR Small Cap Value II FD CL A | A | Dividend | J | T | | | | | |
| 88. -Columbia Select Small Cap (Formerly Excelsior Fd Small Cap) | | None | | | Sold | 12/24/09 | J | | |
| 89. -Cullen High Dividend Equity Fund | A | Dividend | K | T | | | | | |
| 90. -Causeway International Value Fund Investor Class | A | Dividend | K | T | | | | | |
| 91. -Davis New York Venture Fund Inc.-CL A | A | Dividend | | | Sold | 12/24/09 | J | | |
| 92. - Evergreen Equity TR Intrinsic Value Fund | | None | K | T | Buy | 12/24/09 | K | | |
| 93. -Harding Loevner Funds Inc. Emerging Market Portfolio | A | Dividend | | | Sold | 12/24/09 | J | | |
| 94. -Ishares Trust MSCI EAFE Index Fund | A | Dividend | | | Sold | 12/24/09 | J | | |
| 95. -Ishares TR Russell MidCap Value Index FD | A | Dividend | | | Sold | 12/24/09 | J | | |
| 96. -Ishare Trust Russell 1000 Value Index FD | A | Dividend | | | Sold | 12/24/09 | J | | |
| 97. -Ishares Trust Russell 1000 Growth Index FD | A | Dividend | | | Sold | 12/24/09 | J | | |
| 98. -Ishares Trust Russell 2000 Index Fd | A | Dividend | | | Sold | 12/24/09 | J | | |
| 99. -ING Mutual Funds Global Real Estate | A | Dividend | | | Sold | 12/24/09 | J | | |
| 100. -JP Morgan Clearing Corp | | None | | | Closed | 10/01/09 | J | | |
| 101. -JPMorgan TR I Intl Equity FD CL A | A | Dividend | K | T | | | | | |
| 102. -JPMorgan TR I Strategic Incm Opptys | A | Dividend | L | T | Buy | 12/24/09 | L | | |

1. Income Gain Codes      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less     K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000    N =$250,001 - $500,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                 P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal           R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)            U =Book Value          V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Janus Invt Fd Forty Fd Class S | | None | K | T | Buy | 12/24/09 | J | | see note in Part VIII |
| 104. -Jennison Nat Res Fd Inc | | None | J | T | Buy | 12/24/09 | J | | |
| 105. -Jennison Mid Cap Growth Fd Inc CL A | A | Dividend | K | T | Sold (part) | 12/24/09 | J | | |
| 106. -Keeley Small Cap Value Fd | | None | | | Sold | 12/24/09 | J | | |
| 107. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 108. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | None | | | Sold | 12/24/09 | K | | |
| 109. - Legg Mason Western Asset Managed Muni Fund | B | Dividend | L | T | Buy | 3/20/09 | J | | see note in Part VIII |
| 110. | | | | | Buy (add'l) | 12/24/09 | K | | |
| 111. - Manning and Napier Fund World Opportunities Ser CL A | | None | J | T | Buy | 12/24/09 | J | | |
| 112. - Matthews Pacific Tiger Fund | | None | J | T | Buy | 12/24/09 | J | | |
| 113. -Oppenheimer International Growth Fund-CL A | A | Dividend | K | T | | | | | |
| 114. -Oppenheimer Value FD CL A | A | Dividend | K | T | Buy | 12/24/09 | J | | |
| 115. -Perkins Mid Cap Value Fund | | None | K | T | Buy | 12/24/09 | K | | |
| 116. -Payden Invt Group High Income Fd | A | Dividend | K | T | Buy | 12/24/09 | K | | |
| 117. -Rydex SGI Mid Cap Value Fund | | None | J | T | Buy | 12/24/09 | J | | |
| 118. -Royce Fund Value Plus Fund Service CL | | None | J | T | Sold | 12/24/09 | J | | |
| 119. -Thornburg Intl Value Fund CL A | A | Dividend | J | T | | | | | |

1. Income Gain Codes.          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000          L =$50,001 - $100,000           M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal             R =Cost (Real Estate Only)     S =Assessment                   T =Cash Market
   (See Column C2)              U =Book Value            V =Other                       W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan. Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Thornburg Invt TR Core Growth Fund CL A | | None | | | Sold | 12/24/09 | K | | |
| 121. -Wells Fargo Advtg Intermdt Tax/Amt - Free Fund | B | Dividend | L | T | Buy | 03/20/09 | J | | |
| 122. | | | | | Buy (add'l) | 12/24/09 | K | | |
| 123. -Wasatch Advisors Funds Inc Small Cap | | None | J | T | Buy | 12/24/09 | J | | |
| 124. -Goldman Sachs Tollkeeper fund | | None | J | T | | | | | |
| 125. IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 126. - Blackrock Provident Instl FDS Tempfund | | | | | Open | 10/1/09 | K | | |
| 127. -Ishares Trust Barclays 1-3 YR Trea | | | | | Buy | 03/20/09 | J | | |
| 128. | | | | | Sold (part) | 12/24/09 | L | B | |
| 129. -Ishares Trust Barclays US Aggr | | | | | Sold (part) | 12/24/09 | M | D | |
| 130. -Ishares Trust Ishares Barclays Treas Inflation | | | | | Buy | 12/24/09 | L | | |
| 131. - Ishares Trust Russell 1000 Value Index Fd (ETFS) | | | | | Sold | 12/24/09 | J | | |
| 132. - Ishares Trust Russell 1000 Growth Index Fd (ETFS) | | | | | Sold | 12/24/09 | J | | |
| 133. Ishares Trust Russell 2000 Index FD | | | | | Sold | 12/24/09 | J | | |
| 134. - Reserve Fund Primary Fund Tresury Class | | | | | | | | | |
| 135. -Alger Smidcap Growth Fund CL A | | | | | Buy | 12/24/09 | K | | |
| 136. -Aston Funds Montag & Caldwell Growth FD CL | | | | | Buy | 12/24/09 | K | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes:   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -AllianceBernstein Intl Value Fund CL. A | | | | | Sold | 12/24/09 | J | | |
| 138. -Baron Asset Fd Iopportunity Fund | | | | | Buy | 12/24/09 | J | | |
| 139. -Causeway International Value Fund Investor Class | | | | | Buy | 12/24/09 | J | | |
| 140. -Cullen High Dividend Equity Fund | | | | | Buy | 12/24/09 | K | | |
| 141. -Columbia FDS SER TR Small Cap Value II Fd CL | | | | | | | | | |
| 142. -Columbia Select Small Cap CL Z | | | | | Sold | 12/24/09 | J | | |
| 143. -Davis New York Venture Fund | | | | | Sold | 12/24/09 | K | | |
| 144. -Evergreen Equity TR | | | | | Buy | 12/24/09 | K | | |
| 145. -Harding Loevner Funds Inc. Emerging Market Portfolio | | | | | Sold | 12/24/09 | K | | |
| 146. -ING Mutual Funds Global Real Estate Fund CL A | | | | | | | | | |
| 147. -Janus Invt Fd Forty Fd Class S | | | | | | | | | see note in Part VIII |
| 148. -Jennison Mid Cap Growth Fd Inc CL A | | | | | Buy | 12/24/09 | K | | |
| 149. -Jennison Nat Res Fd Inc CL A | | | | | Buy | 12/24/09 | J | | |
| 150. -JPMorgan TR I Intl Equity FD CL A | | | | | | | | | |
| 151. -Keeley Small Cap Value Fd CL A | | | | | Sold | 12/24/09 | J | | |
| 152. -Lazard Emerging Markets Port Open SHS | | | | | Buy | 12/24/09 | J | | |
| 153. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | | | | Sold | 12/24/09 | J | | |

1. Income Gain Codes: A =$1,000 or less · B · $1,001 - $2,500 · C · $2,501 - $5,000 · D · $5,001 - $15,000 · E · $15,001 - $50,000
(See Columns B1 and D4) · F =$50,001 - $100,000 · G · $100,001 - $1,000,000 · H1 · $1,000,001 - $5,000,000 · H2 · More than $5,000,000
2. Value Codes · J · $15,000 or less · K · $15,001 - $50,000 · L · $50,001 - $100,000 · M · $100,001 - $250,000
(See Columns C1 and D3) · N · $250,001 - $500,000 · O · $500,001 - $1,000,000 · P1 · $1,000,001 - $5,000,000 · P2 · $5,000,001 - $25,000,000
· P3 · $25,000,001 - $50,000,000 · P4 · More than $50,000,000
3. Value Method Codes · Q · Appraisal · R · Cost (Real Estate Only) · S · Assessment · T · Cash Market
(See Column C2) · U · Book Value · V · Other · W · Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Oppenheimer Value Fd CL A | | | | | Buy | 12/24/09 | J | | |
| 155.  -Oppenheimer International Growth Fund-CL A | | | | | | | | | |
| 156.  -Oppenheimer International Bond Fund-CL A | | | | | | | | | |
| 157.  -Pimco Total Return Fund-CL A | | | | | Buy | 12/24/09 | M | | |
| 158.  -Pimco High Yield Fund-CL A | | | | | Buy | 1/6/09 | K | | |
| 159. | | | | | Buy (add'l) | 12/24/09 | L | | |
| 160.  -Perkins Mid Cap Value | | | | | Buy | 12/24/09 | K | | |
| 161.  -Manning and Napier Fund Wold Opportunities | | | | | Buy | 12/24/09 | K | | |
| 162.  -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | Buy | 12/24/09 | J | | |
| 163.  -Royce Fund Value Plus Fund Service CL | | | | | Sold | 12/24/09 | J | | |
| 164.  -Ridgeworth FDS Intermediate BD FD CL I | | | | | Buy | 12/24/09 | M | | |
| 165.  -Rydex SGI Mid Cap Value Fund CL A | | | | | Buy | 12/24/09 | K | | |
| 166.  -Thornburg Intl Value Fund | | | | | Buy | 12/24/09 | J | | |
| 167.  -Touchstone Sands Capital Select Growth Fund CL Z | | | | | Sold | 03/20/09 | J | | |
| 168.  IRA #2 | E | Int/Div | P1 | T | | | | | |
| 169.  -Alger Smidcap Growth Fund CL A | | | | | Buy | 12/24/09 | K | | |
| 170.  -Aston Funds Montag & Caldwell Growth FD CL N | | | | | Buy | 12/24/09 | K | | |

1. Income Gain Codes: A =$1,000 or less / B =$1,001 - $2,500 / C =$2,501 - $5,000 / D =$5,001 - $15,000 / E =$15,001 - $50,000
(See Columns B1 and D4) / F =$50,001 - $100,000 / G =$100,001 - $1,000,000 / H1 =$1,000,001 - $5,000,000 / H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less / K =$15,001 - $50,000 / L =$50,001 - $100,000 / M =$100,001 - $250,000
(See Columns C1 and D3) / N =$250,001 - $500,000 / O =$500,001 - $1,000,000 / P1 =$1,000,001 - $5,000,000 / P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 / P4 =More than $50,000,000
3. Value Method Codes / Q =Appraisal / R =Cost (Real Estate Only) / S =Assessment / T =Cash Market
(See Column C2) / U =Book Value / V =Other / W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Ishares TR Russel MidCap Value Index FD | | | | | Sold | 12/24/09 | J | | |
| 172. -Ishares Trust Ishares Barclays Treas Inflation Protected | | | | | Buy | 12/24/09 | L | | |
| 173. | | | | | Sold (part) | 12/24/09 | M | D | |
| 174. -Ishares Trust Barclays 1-3 YR Trea(Formerly Ishares Tr 1-3) | | | | | Buy | 03/24/09 | J | | |
| 175. | | | | | Sold (part) | 12/24/09 | L | B | |
| 176. -Ishares Trust Barclays US Aggr(Formerly Ishares Tr Lehman) | | | | | Buy | 03/24/09 | J | | |
| 177. | | | | | Sold (part) | 12/24/09 | N | D | |
| 178. - Ishares Trust Russell 1000 Value Index FD (ETFS) | | | | | Sold | 12/24/09 | J | | |
| 179. - Ishares Trust Russell 1000 Growth Index Fd (ETFS) | | | | | Sold | 12/24/09 | J | | |
| 180. -Ishares Trust Russell 2000 Indx Fd | | | | | Sold | 12/24/09 | J | | |
| 181. -Reserve Fund Primary Fund Treasury Class | | | | | | | | | |
| 182. -AllianceBernstein Intl Value Fund CL A | | | | | Sold | 03/24/09 | J | | |
| 183. -Baron Asset Fd I Opportunity Fund | | | | | Buy | 12/24/09 | J | | |
| 184. -Blackrock Provident Instl FDS Tempfund | | | | | | | | | |
| 185. -Causeway Internal Value Fund Investor Class | | | | | | | | | |
| 186. -Cullen High Dividend Equity Fund | | | | | Buy | 12/24/09 | J | | |
| 187. -Columbia FDS SER TR Small Cap Value II FD CL A | | | | | | | | | |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Columbia Select Small Cap CL Z | | | | | Sold | 12/24/09 | J | | |
| 189. -Evergreen Equity TR Intrinsic Value FD CL A | | | | | Buy | 12/24/09 | K | | |
| 190. -Davis New York Venture Fund Inc.-CL A | | | | | Sold | 12/24/09 | K | | |
| 191. -Harding Loevner Fund Inc. Emerging Markets Portfolio | | | | | Sold | 12/24/09 | J | | |
| 192. -ING Mutual Funds Global Real Estate Fund CL A | | | | | | | | | |
| 193. | | | | | Sold | 12/24/09 | J | | |
| 194. -Ivy Global Natural Resources Fund CL A | | | | | Buy | 12/24/09 | J | | |
| 195. -Perkins Mid Cap Value FD Class J SHS | | | | | Buy | 12/24/09 | K | | |
| 196. -Janus Invt Fd Forty Fd Class S | | | | | | | | | see note in Part VIII |
| 197. -Jennison Nat Res Fd Inc | | | | | Buy | 12/24/09 | J | | |
| 198. -Jennison Mid Cap Growth Fd Inc CL A | | | | | Buy | 12/24/09 | K | | |
| 199. -JPMorgan TR I Intl Equity FD CL A | | | | | | | | | |
| 200. -Lazard Emerging Markets Port Open SHS | | | | | Buy | 12/24/09 | J | | |
| 201. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | | | | Sold | 12/24/09 | J | | |
| 202. -Manning And Napier Fund World Opportunities Ser CL A | | | | | Buy | 12/24/09 | K | | |
| 203. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | Buy | 12/24/09 | J | | |
| 204. -Oppenheimer Value Fd CL A | | | | | Buy | 12/24/09 | J | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
(See Columns C1 and D3) P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. -Oppenheimer International Growth Fund-CL A | | | | | | | | | |
| 206. -Oppenheimer International Bond Fund- CL A | | | | | Buy | 12/24/09 | J | | |
| 207. -Pimco Total Return Fund CL A | | | | | Buy | 12/24/09 | M | | |
| 208. -Pimco High Yield Fund-CL A | | | | | Buy | 01/06/09 | L | | |
| 209. | | | | | Buy (add'l) | 12/24/09 | K | | |
| 210. -Ridgeworth FDS Intermediate BD FD CL I | | | | | Buy | 12/24/09 | M | | |
| 211. -Rydex SGI Mid Cap Value Fund CL A | | | | | Buy | 12/24/09 | K | | |
| 212. -Royce Fd Total Return Fd Consultant | | | | | Sold | 12/24/09 | J | | |
| 213. -Royce Fund Value Plus Fund Service | | | | | Sold | 12/24/09 | J | | |
| 214. -Thornburg Intl Value Fund CL A | | | | | | | | | |
| 215. -Touchstone Sands Capital Select Growth Fund CL Z | | | | | Sold | 03/24/09 | J | | |
| 216. Retirement Plan for Partners #3 | A | Int./Div. | L | T | | | | | |
| 217. - Fidelity Retire MMKT | | | | | | | | | |
| 218. - FID Freedom 2025 | | | | | | | | | |
| 219. College Access 529 Plan #2 | | | | | | | | | |
| 220. -Portfolio 005 | | None | L | T | | | | | |
| 221. IRS Federal Income Tax Receivable | | None | | | Closed | 5/26/09 | J | | |

1. Income Gain Codes      A  $1,000 or less          B  $1,001 - $2,500          C  $2,501 - $5,000          D  $5,001 - $5,000          E  $15,001 - $50,000
(See Columns B1 and D4)   F  $50,001 - $100,000      G  $100,001 - $1,000,000    H1  $1,000,001 - $5,000,000  H2  More than $5,000,000
2. Value Codes            J  $15,000 or less         K  $15,001 - $50,000        L  $50,001 - $100,000       M  $100,001 - $250,000
(See Columns C1 and D3)    N  $250,001 - $500,000     O  $500,001 - $1,000,000    P1  $1,000,001 - $5,000,000  P2  $5,000,001 - $25,000,000
                          P3  $25,000,001 - $50,000,000                          P4  More than $50,000,000
3. Value Method Codes     Q  Appraisal               R  Cost (Real Estate Only)  S  Assessment               T  Cash Market
(See Column C2)            U  Book Value              V  Other                    W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05·15·2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 7, line 55; page 10, line 103; page 12, line 147; page 15, line 196: The name of asset of "Janus Adviser Ser Forty Fund" was changed to "Janus Invt Fd Forty Fd".

2) Part VII, page 7, line 64; page 10, line 109: The name of asset of "Legg Mason Partners Managed Muns Fund" was changed to "Legg Mason Western Asset Managed Muni Fund".

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

IL.

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544